# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI THOMAS JASSO,<br><br>    Petitioner,<br><br>    v.<br><br>GISELLE MATTESON,<br><br>    Respondent. | Case No. 1:24-cv-00133-KES-SAB-HC<br><br>ORDER GRANTING PETITIONER'S MOTION FOR THIRD EXTENSION OF TIME TO FILE TRAVERSE<br><br>(ECF No. 26) |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 29, 2024, the Court received the instant motion for a thirty-day extension of time to file a traverse due to Petitioner's limited knowledge of the law, his work and programming schedule, and limited access to the law library. (ECF No. 26.)

Accordingly, IT IS HEREBY ORDERED that Petitioner is GRANTED to and including August 26, 2024, to file a traverse.

IT IS SO ORDERED.

Dated:   **August 1, 2024**

_____
UNITED STATES MAGISTRATE JUDGE