# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNI THOMAS JASSO,<br><br>Petitioner,<br><br>v.<br><br>GISELLE MATTESON,<br><br>Respondent. | Case No. 1:24-cv-00133-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENT TO LODGE VIDEO EVIDENCE |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

In the petition, Petitioner asserts that there was insufficient evidence to support his conviction for aiding and abetting murder. (ECF No. 1 at 133–35.[1]) Respondent argues that the "video evidence showed that Petitioner approached the victim to distract him, allowing his accomplice to shoot the victim," noted that the state court "considered Petitioner's dishonesty during his custodial interview and on the witness stand, which contracted the videos," and contends that a "fairminded jurist could agree that these videos and this evidence provided more than sufficient evidence from which the state court could draw reasonable inferences supporting the aiding and abetting requirement." (ECF No. 17 at 16.) However, Respondent has not lodged a copy of the video evidence, and the Court finds that review of the video evidence would assist the Court in this matter.

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

1 | Accordingly, Respondent SHALL LODGE with the Court a copy of the video evidence within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated: **February 18, 2025**

STANLEY A. BOONE
United States Magistrate Judge