1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   GIOVANNI THOMAS JASSO,                No.  1:24-cv-00133-KES-SAB (HC)

12                 Petitioner,            ORDER GRANTING PETITIONER'S
                                          MOTION TO PROCEED IN FORMA
13          v.                            PAUPERIS ON APPEAL

14   GISELLE MATTESON,                    Doc. 47

15                 Respondent.

16

17          Petitioner Giovanni Thomas Jasso is a state prisoner who proceeded pro se with a petition

18   for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On July 28, 2025,[1] the Court denied the

19   petition and declined to issue a certificate of appealability.  Doc. 41.  That same day, the

20   judgment issued.  Doc. 42.  On August 8, 2025, the Court received petitioner's notice of appeal,

21   dated August 4, 2025, and the appeal was processed to the Ninth Circuit.  Docs. 43, 44.

22          Petitioner paid the filing fee for the instant habeas action, but he now moves to proceed in

23   forma pauperis on appeal.  Doc. 47.  Rule 24(a) of the Federal Rules of Appellate Procedure

24   provides that:

25                 [A] party to a district-court action who desires to appeal in forma
                   pauperis must file a motion in the district court. The party must
26                 attach an affidavit that:

27   _____

28   [1] The order was signed on July 26, 2025, but not docketed until July 28, 2025.

1

1    (A) shows in the detail prescribed by Form 4 of the Appendix
2    of Forms the party's inability to pay or to give security for fees
     and costs;

3    (B) claims an entitlement to redress; and

4    (C) states the issues that the party intends to present on appeal.

5    Fed. R. App. P. 24(a)(1).

6    Here, petitioner has demonstrated his inability to pay by attaching a copy of his inmate

7    trust account, and he claims an entitlement to redress and states the issues he seeks to raise on

8    appeal.  Accordingly, petitioner has satisfied the requirements of Federal Rule of Appellate

9    Procedure 24(a)(1), and his motion to proceed in forma pauperis on appeal is therefore

10   GRANTED.

11

12   IT IS SO ORDERED.

13   Dated:   August 27, 2025

     _____
14   UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28